IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV691

| | |
|---|---|
| GEORGE R. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| THE LANE CONSTRUCTION ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon the Defendant's Partial Motion to Dismiss. A *Roseboro* notice was sent to the *pro se* Plaintiff, who timely filed a response to the motion. Defendant has filed a Reply and this matter is ripe for disposition.

It appears to the Court that Plaintiff has failed to exhaust his administrative remedies with respect to his sex and national origin claims. In addition, his sex discrimination claim fails to state a claim as Plaintiff has failed to set forth factual allegations sufficient to support this claim. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Partial Motion to Dismiss is hereby GRANTED, and Plaintiff's claims with respect to sex and national origin discrimination are hereby DISMISSED with prejudice.

Signed: November 5, 2015

Graham C. Mullen
United States District Judge